Louis L. Kurtz, OSB #760353
lou@kfjllp.com
Kurtz, Ford & Johnson, LLP
400 East 2nd Ave., Ste 101
Eugene, OR 97401
Telephone: (541) 484-1273
Facsimile: (541) 683-1815
Attorneys for Defendant Stein

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| KAY KARNECKI,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SISTERS, OREGON, ALAN HOLZMAN, WENDY HOLZMAN, ERIC PORTER, PAULINE HARDIE, LON KELLSTROM, MEDIBBEN WOMACK, DARYL TEWALT, DOUG ROBERTS, ANDREW GORAYEB, BRAD BOYD, EILEEN STEIN,<br><br>　　　　　　　　Defendants. | Case No. 6:13-cv-02150-TC<br><br>**DEFENDANT STEIN'S ANSWER TO PLAINTIFF'S COMPLAINT** |

　　　COMES NOW defendant Stein, by and through her attorneys, Kurtz, Ford & Johnson, LLP, and for her answer to the plaintiff's Complaint, admits, denies and alleges as follows:

1.

　　　Admits defendant Stein is the former City Manager of defendant City of Sisters and that she periodically briefed the City Council on a variety of issues. Defendant Stein can neither admit nor deny she authored the writing alleged in paragraphs 1 and 16 of the plaintiff's Complaint because

a photocopy of the alleged writing is not attached to the Complaint as an exhibit and defendant Stein no longer has access to the alleged writing.

2.

Defendant Stein can neither admit nor deny the officer made the statement attributed to him in paragraph 49.

3.

Defendant Stein does not respond to allegations in the Complaint that are not directed toward defendant Stein.

4.

Except as admitted above or hereinafter alleged, defendant Stein denies each and every other allegation, matter and thing contained in the plaintiff's Complaint and the whole thereof.

WHEREFORE, having fully answered the plaintiff's Complaint, defendant Stein prays that the Complaint be dismissed and that she have and recover judgment against plaintiff for her costs and disbursements.

DATED this 13th day of February, 2014.

KURTZ, FORD & JOHNSON, LLP
Attorneys for Defendant Stein

*/s/ Louis L. Kurtz*
LOUIS L. KURTZ, OSB #760353
Facsimile No: (541) 683-1815
e-mail: lou@kfjllp.com

## CERTIFICATE OF FILING

I hereby certify that on February 13, 2014, I filed the original DEFENDANT STEIN'S ANSWER TO PLAINTIFF'S COMPLAINT with the U.S. District Court via the ECF filing system.

                                             */s/ Louis L. Kurtz*
                                             Louis L. Kurtz, OSB #760353
                                             Kurtz, Ford & Johnson, LLP
                                             Of Attorneys for Defendant Stein
                                             400 East 2nd Avenue, Suite 101
                                             Eugene, OR 97401
                                             Telephone: (541) 484-1273
                                             Email: lou@kfjllp.com

---

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2014, I served a true copy of the DEFENDANT STEIN'S ANSWER TO PLAINTIFF'S COMPLAINT by ECF on the individuals listed below:

| | |
|---|---|
| Foster A. Glass<br>Attorney at Law<br>339 SW Century Dr., Ste 201<br>Bend, OR 97702<br>Attorney for Plaintiff | Robert E. Franz, Jr.<br>Attorney at Law<br>P.O. Box 62<br>Springfield, OR 97477<br>Attorney for Defendants City of Sisters, Holzman, Porter, Hardie, Kellstrom, Womack, Tewalt, Roberts, Gorayeb and Boyd |

                                               */s/ Louis L. Kurtz*
                                             Louis L. Kurtz, OSB #760353
                                             Kurtz, Ford & Johnson, LLP
                                             Of Attorneys for Defendant Stein