Louis L. Kurtz, OSB #760353
lou@llkpc.com
Louis L. Kurtz, P.C.
1050 Willagillespie Rd., Ste 5
Eugene, OR 97401
Telephone: (541) 484-1273
Facsimile: (541) 683-1815
Attorney for Defendant Stein

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KY KARNECKI,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF SISTERS, OREGON, ALAN HOLZMAN, WENDY HOLZMAN, ERIC PORTER, PAULINE HARDIE, LON KELLSTROM, MEDIBBEN WOMACK, DARYL TEWALT, DOUG ROBERTS, ANDREW GORAYEB, BRAD BOYD, EILEEN STEIN,<br><br>      Defendants. | Case No. 6:13-cv-02150-TC<br><br>**ORDER OF DISMISSAL OF DEFENDANT STEIN** |

BASED UPON THE STIPULATION OF PLAINTIFF AND DEFENDANT STEIN, it is hereby

Ordered that defendant Stein be dismissed from this case, with prejudice and without costs.

DATED this 23 day of March, 2017.

                       _____
                       Thomas M. Coffin, Magistrate Judge